UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CARDRIENNE TURNER, * <br> * <br> Plaintiff, * <br> * <br> v. * <br> * <br> NORTHEASTERN UNIVERSITY PUBLIC * <br> SAFETY POLICE, et al., * <br> * <br> Defendants. * <br> * | C.A. No. 13-11183-JLT |

ORDER

YOUNG, J.

The motion for appointment of pro bono counsel (#22) for the purpose of filing a notice of appeal is DENIED. The Court's pro bono program does not provide for the appointment of counsel for the purposes of an appeal.

The Court notes that, unlike an appellate brief, a notice of appeal is generally a simple document. The Clerk shall provide the plaintiff a form notice of appeal, which may also be found at http://www.mad.uscourts.gov/resources/pdf/NoticeofAppeal.PDF. The time period for filing a notice of appeal in a civil action is governed by Rule 4(a) of the Federal Rules of Appellate Procedure.

IT IS SO ORDERED.

April 17, 2014                    /s/ William G. Young
DATE                              UNITED STATES DISTRICT JUDGE